# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 50 WAL 2016

                 :

          Respondent     :   Petition for Allowance of Appeal from

                 :   the Order of the Superior Court

                 :

          v.           :

                 :

                 :

CHRISTOPHER DESHAWN LANIER,    :

                 :

          Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.